JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

XIN ZHANG,

          Plaintiff,

            v.

ALEJANDRO N. MAYORKAS,
Homeland Security Secretary,

          Defendant,

No.2:23-cv-6693-PA-AGR

**ORDER DISMISSING CASE**

Honorable Judge Percy Anderson
United States District Judge

1    Having read and considered the Joint Stipulation to Dismiss the Case submitted by
2    the parties, and finding good cause therefor,

3    IT IS HEREBY ORDERED that:

4    1.    The instant action shall be dismissed without prejudice;

5    2.    USCIS shall interview Plaintiff Xin Zhang September 12, 2024, at 7:45 a.m.
6          at the Los Angeles Asylum Office in Tustin, California. USCIS intends to
7          conduct the interview on the date set, however, the parties understand that
8          due to unexpected staffing limitations or other unforeseen circumstances
9          that may arise, USCIS reserves its right to cancel and reschedule the
10         interview.  Should rescheduling be necessary, the interview will be
11         rescheduled within four (4) weeks of the original interview date, absent
12         unforeseen or exceptional circumstances;

13   3.    Plaintiff agrees to attend the interview on the date listed above, absent
14         unforeseen or exceptional circumstances;

15   4.    If needed, Plaintiff agrees to only make one (1) interview reschedule request
16         and to notify the Los Angeles Asylum Office of the reschedule request, in
17         writing, prior to the scheduled interview date. Plaintiff may email the
18         reschedule request to LosAngelesAsylum@uscis.dhs.gov;

19   5.    If multiple reschedule requests are made by Plaintiff, USCIS may place the
20         asylum application back into the Los Angeles Asylum Office's general
21         interview scheduling priorities. *See*
22         *https://www.uscis.gov/humanitarian/refugees-and-*
23         *asylum/asylum/affirmative-asylum-interview-scheduling;*

24   6.    Plaintiff understands that additional interview(s) may be required by USCIS
25         as part of the asylum interview process and the adjudication of the
26         application;

27   7.    USCIS agrees to diligently work towards completing adjudication of the
28         asylum application within 120 days of completion of Plaintiff's asylum

1

interview, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;

8.  In the event that USCIS does not complete adjudication of the asylum application within 120 days of the completion of the asylum interview, Plaintiff may refile this action;

9.  Plaintiff agrees to submit all supplemental documents and evidence, if any, to USCIS prior to the agreed upon scheduled interview based on the following timelines.  Plaintiff may email any supplemental documents to LosAngelesAsylum@uscis.dhs.gov at least seven (7) calendar days before the interview. Alternatively, Plaintiff may mail the supplemental documents to the Los Angeles Asylum Office, P.O. Box 2003, Tustin, CA 92781-2003, postmarked no later than ten (10) calendar days prior to the scheduled asylum interview. Plaintiff recognizes that failure to submit these documents in a timely manner may result in the interview being rescheduled at no fault of USCIS;

10. Each party agrees to bear it's the party's own litigation costs, expenses, and attorney fees.

Dated: October 2, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2